UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Harmony S. Jacobson, | Case No. 22-cv-0228 (WMW/JFD) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Kilolo Kijakazi, *Acting Commissioner of Social Security*, | |
| Defendant. | |

---

This matter is before the Court on the November 17, 2022 Report and Recommendation (R&R) of United States Magistrate Judge Becky R. Thorson. (Dkt. 22.) The R&R recommends denying Plaintiff Harmony S. Jacobson's motion for summary judgment, (Dkt. 17), and granting Defendant Kilolo Kijakazi's (Commissioner) motion for summary judgment, (Dkt. 19). Jacobson timely objected to the R&R.

A district court reviews de novo any aspect of an R&R to which a party timely objects. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(3). Jacobson's objection does not undermine the R&R's conclusion that the Commissioner's final determination in this matter is supported by substantial evidence in the record. Consequently, having reviewed the R&R de novo, the Court overrules Jacobson's objection and adopts the R&R.

## ORDER

Based on the R&R and all the files, records and proceedings herein, **IT IS HEREBY ORDERED**:

1. Plaintiff Harmony S. Jacobson's objection to the November 17, 2022 R&R, (Dkt. 25), is **OVERRULED**;

2. The November 17, 2022 R&R, (Dkt. 22), is **ADOPTED**;

3. Plaintiff Harmony S. Jacobson's motion for summary judgment, (Dkt. 17), is **DENIED**; and

4. Defendant Kilolo Kijakazi's motion for summary judgment, (Dkt. 19), is **GRANTED**.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: January 9, 2023

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge